Judicial Notice

I fully intend to attach all relevant and necessary documents to support my argument. If given the proper opportunity here by the Staff of the Jail and or by being released by federal court order this will be done to the best of my ability.

/s/ J.T.P.B.  8/27/21