# Cover letter

United States District Court for the district of Massachusetts. Please excuse the informality of this filing. I am pro se and have been held in the Billerica House of Corrections since 7/8/2021 and denied the ability to properly prepare typed arguments for myself. Attached is a grievance to the Command of the Jail, asking for a computer and typewriter like other inmates and a denial.

"Minor procedural defect[s] in filing[s]... can be cured and [the] case may remain in Federal Court... and otherwise complies with statutory requirements" Mercado-Salinas v. Bart Enters Int'l 669 F.Supp 2d 176 2009 US Dist.

Pro Se pleadings, filings and arguments are not to be held to the same scrutiny as lawyers and or attorneys.

Parties: Jamhal Talib Abdullah Bey pro se plaintiff v. Legislators of the Commonwealth of Massachusetts, Attorney General and Governor of Massachusetts and the entire Judiciary of Massachusetts.

UCC 1-308
X Jamhal Talib Abdullah Bey  8/27/21