Application to proceed without paying fees.

Applicant: Jamhal Talib Abdullah Bey, pro se, am held as an inmate in the Middlesex Billerica House of Corrections — under the name JAMHAL LATIMER, since 7/3/21 and am asking for the filing fee and all other fees to be waived as I have no way to work, to make money and pay said fees as I am in Jail by order of Emily Karsetter of 33 Clark St Boston, Justice of the Malden District Court. Booking Number: J2101300; permenant number 087351. POD-A Cell 1-20.

Applicant Signature: Jamhal T.A. Bey UCC-1-308
Date: 8/27/21

I have the right to Sue and be Sued in any name I See fit.