## Motion for more time

I am filing this request asking for additional time from the courts to mail in all additional documents for every stage of litigation as I am in Jail. I have to hand write documents and at times hand write multiple copies of the same document; mail takes about 2 weeks to leave the facility and I run out of stamps and envelopes regularly. It is also difficult to keep a sharp mind in Jail, protect myself physically from overly aggressive males, maintain my religious beliefs, maintain relationships with loved ones and argue my case(s), clean my cell, clothes and feed myself.

*[signature]*  8/23/21

FILED IN CLERKS OFFICE 2021 SEP 13 PM 1:49 U.S. DISTRICT COURT DISTRICT OF MASS.