Motion to Stay State Proceedings pending litigation in federal court.

This request is being made so that I may be released from jail pending litigation to prepare a proper argument and properly make a claim upon which relief may be granted.

x John T.P.B.  8/27/21

2021 SEP 13 PM 1:49
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERKS OFFICE