9/27/21

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Case number: 1:21-CV-11508 ADB

Jamhal Talib Abdullah Bey (pro se)
Plaintiff

v.

Attorney General of Massachusetts, et alia
Defendant(s)

Declaration of clerks error in filing my Suit and remedy.

On the hand written Civil Cover Sheet that I Signed 8/27/21, I clearly specified and hand wrote that the nature of this Suit is a "Tort" Claim, under "Other Personal" injury and not a "Prisoners Petition" as errored on the clerks filing of my Suit. In addition, I hand wrote, clearly, that the ~~[crossed out]~~ Cause of this "Suit" is "Federal Question", Challenging the Constitutionality of the Massachusetts Statutes listed on said Cover Sheet as Contrary to the Constitution, See Article VI. Challenging any law or any State, Pursuant to Article VI, Article III Clause 1 and 28 USC 1331, is "raising the federal

question. The Clerk has also erroneously stated the cause of my suit is under 42 § 1983 of the USC. This too must be corrected to 18 USC 242. "Deprivation of rights under color of law." "Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosive or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death." 28 USC 1331 " Federal Question" "The district

courts shall have original jurisdiction of all actions arising under the Constitution, laws, or Treaties of the United States." I am raising the federal question by challenging the previously listed statutes of the Commonwealth of Massachusetts to the Second Amendment of the Constitution, which the federal Courts have jurisdiction. 28 USC 1331 is merely jurisdictional and provides no substantive basis for relief. But 18 USC 242 provides the relief. As well, the federal Courts will find said statutes to be contrary to the U.S. Constitution as other federal Courts have found other statutes in other States similarly situated as unconstitutional, viz not with standing. United States Constitution Article VI Clause 2. "This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made or which shall be made, under the authority of the United States, shall be the Supreme law of the Land; and the judges in every State shall be bound thereby, anything in the Constitution or Laws of any State to the Contrary notwithstanding."

All rights reserved

[signature] (J.A.B.) — I am under immense duress, afraid for my life, safety, liberty, freedom, rights and sanity.