Addendum.

Today 9/27/21 I have not been arraigned in Superior Court, Yet I somehow have a discovery from Van Epps with the title of "Superior Court Criminal action No 2181 CR00366". This is obviously a violation of due process the theme of the Commonwealth's malicious prosecution of me based on my national origin.

*[signature]*

Sent over the Notice of Brady Violation to the

Middlesex Superior Court of Massachusetts.

I have seen no indictment from Superior Court todate, and the case in Malden district court has gone past my right to Speedy trial, resulting in prolonged Jail time. To which I almost lost my life in Jail today.