10/8/21

UNITED STATES DISTRICT COURT
For The District of Massachusetts

Case No: 1:21-cv-11508

FILED IN CLERKS OFFICE 2021 OCT 18 PM 1:10 U.S. DISTRICT COURT DISTRICT OF MASS.

Jamhal Talib Abdullah Bey (Pro Se)
v.
Attorney General of Massachusetts, et al

Request to be treated fairly; Request to be Properly notified; Request on the Status of this Case; etCetera.

To the Honorable Clerks, Magistrates, Case managers and Judges. I have a Simple request. To be treated fairly. I filed a Claim with this Court, a Claim that has merit; a Claim upon which relief may be granted; a Claim based on Constitutional Standing. To date, October 8th 2021, while detained in the Billerica House of Corrections, I have not so much as recieved a notice from this honorable Court regarding the filing and or opening of this Case. I had to go through 3rd parties who found an article online saying this case was open and I had to get information from a friend regarding case numbers etc. I, and other Moors have been to this Court, with our turbans and Fezzes, walked through the doors, showed our Moorish

Identification Cards to the U.S. Marshals and been able to conduct business like every other human. See Leonidas Jabir Bey v. Commonwealth, David Allen Pender et al. To where I, Jamhal Talib Abdullah Bey am listed as Consul pursuant to the Treaty of 1786-7. I and Leonidas Bey have appeared before Madam Page-B Saris and, in my opinion, have proved that we have a high level of respect for this Court and its Justices. To not have been given any updates whatsoever from this Court while I am still jailed pursuant to a State Law contrary to the U.S. Constitution and the Federal Courts have not, as yet, contacted me whatsoever since the filing of my case is disheartening. The Federal Courts is my last line of defense and hope for justice against unconstitutional laws and imprisonment pursuant to those laws. Slavery was once written as a law. It does not mean it should be enforced. Likewise with any law that can and does destroy the lives of innocent people, by making ordinary actions with no evil intent, a crime. Please notify me on the status of this case. My freedom, liberty, character and reputation lay within your hands.

Jamhal Talib Abdullah Bey