AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

FILED IN CLERKS OFFICE
2021 NOV -8 AM 1:40
DISTRICT COURT
DISTRICT OF MASS.

Jawhal Talib Abdul-Bey
_____
Plaintiff
v.

Attorney General of Mass, et al
_____
Defendant

Civil Action No. 21-cv-11508-ADB

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Middlesex Billerica House of Corrections__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ approx 2,000 , and my take-home pay or wages are: $ approx $400 per (specify pay period) __a month__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☑ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☑ No
(e) Gifts, or inheritances                            ☐ Yes    ☑ No
(f) Any other sources                                 ☐ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

less than 20,000 a year from selling books online and disability compensation from the VA.

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 1 (Do not know. All my Checkings goes to bills and to lower my Credit Card. A few cents in my Savings.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value): 1999 Yukon denali Purchased from owner in 2020. Family Library I've built approximate worth approximately $2,000. $35.00 gold plated chain and bracelet approximate $000.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense): $1700 monthly mortage, approximately $1600 monthly utility bill (my wife and I share) plus approximately $14,000 credit card debt.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: My wife and daughter.

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable): Cost of printing books to sell, approximately $21 per book

Declaration: I declare under penalty of perjury that the above information is true to the best of my ability and understand that a false statement may result in a dismissal of my claims.

Date: 11/6/21

Applicant's signature

Jamhal Talib Abdullah Bey
Printed name

## *Certification*

On this 2nd day of November 20 21, I certify the preceding/following/attached document is a true, exact, complete, and unaltered copy made by me of Detainee Jamal Latimer's Canteen Account presented to me by Assistant Deputy Superintendent Sean Griffin, Canteen Manager, Middlesex Sheriffs Office

John H. Goggin
Notary Public
My commission expires September 27, 2024