UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMHAL TALIB ABDULLAH BEY
a/k/a JAMHAL LATIMER,

      Plaintiff,

      v.                                             C.A. No. 21-11508-ADB

ATTORNEY GENERAL OF
MASSACHUSETTS, et al.

      Defendants.

## ORDER OF DISMISSAL

Burroughs, D.J.

In accordance with the Court's Memorandum and Order dated February 14, 2022 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B),1915A(b).

                                                                By the Court,

Dated: February 14, 2022            /s/ Karen Folan
                                        Deputy Clerk